**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTOR MAJORS AND ETTA DAVIS,<br><br>                              Plaintiffs<br><br>   v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.;<br>HOME DEPOT U.S.A., INC.; THE HOME DEPOT, INC.; ABC MANUFACTURING COMPANY(IES) 1-5 and ABC SALES COMPANY(IES) 1-5,<br>fictitious names of fictious entities,<br><br>                              Defendants | CIVIL ACTION<br><br>NO.: _____ |

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT**
        **FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Samsung Electronics America, Inc. ("SEA"), Home Depot U.S.A., Inc. and The Home Depot, Inc. ("Defendants"), by and through its attorneys, on this date hereby timely files this Notice of Removal of the above-captioned civil action from the Court of Common Pleas of Philadelphia County, to the United States District Court for the Eastern District of Pennsylvania, together with all process, pleadings, and orders, as required by 28 U.S.C. § 1446(a), copies of which are attached hereto and made part hereof, and in support of this Notice, respectfully avers as follows:

**PRELIMINARY STATEMENT**

1. This action was commenced on or about November 11, 2025, by Plaintiffs, Victor Majors and Etta Davis (hereinafter "Plaintiffs"), in the Court of Common Pleas of Philadelphia County, by the filing of a Complaint in Civil Action, Docket No.: 251101596, against SEA, Home

1

Depot, U.S.A., Inc., and The Home Depot, Inc. (the "State Court Action"). A true and correct copy of the Plaintiff's Complaint is attached hereto as Exhibit "A".

2. SEA was served with the Complaint on November 25, 2025.

3. Upon information and belief, Home Depot U.S.A, Inc. was served with the Complaint on or about November 20, 2025.

4. Upon information and belief, The Home Depot, Inc. was served with the Complaint on November 20, 2025.

5. Accordingly, this Notice of Removal is timely because it has been filed within thirty (30) days of Defendants' receipt of the Complaint, as required by 28 U.S.C. § 1446(b).

6. No pleadings, process or orders other than those referenced above have been served on Defendants in the State Court Action, and therefore, no other process, pleadings or orders are attached to this Notice in compliance with 28 U.S.C. § 1446(a).

7. As explained more fully below, this is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a), and which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states with an amount in controversy exceeding the sum of $75,000.00, exclusive of costs and interest, and the removal is timely.

## DIVERSITY OF CITIZENSHIP

1. Plaintiffs allege in their Complaint that they are citizens of Pennsylvania. The Complaint states that Plaintiffs reside at 221 Union Avenue, Coatesville, Pennsylvania 19320. (See Ex. A at ¶1.)

2. SEA is a corporation organized under the laws of New York and has its principal place of business in Englewood, New Jersey.

3. Defendant Home Depot U.S.A, Inc. is incorporated under the laws of Delaware and maintain its principal place of business at 2455 Paces Ferry Road N.W., Atlanta, GA 30339.

4. Defendant The Home Depot, Inc. is incorporated under the laws of Delaware and maintains its principal place of business at 2455 Paces Ferry Road N.W., Atlanta, GA 30339.

5. Complete diversity of citizenship therefore exists between the parties for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

## AMOUNT IN CONTROVERSY

6. This matter involves product liability claims arising from a fire at Plaintiffs' property. (See Ex. A.)

7. Plaintiffs allege damages "in excess of $200,000." (Id.)

8. For these reasons, though Defendants deny liability, Defendants respectfully submit that the amount in controversy exceeds $75,000, exclusive of costs and interest, for purposes of this Court's diversity jurisdiction under 28 U.S.C. § 1332(a), and therefore, this action is properly removable pursuant to 28 U.S.C. § 1441.

## VENUE

9. Pursuant to provisions of Sections 1441 and 1446 of Title 28 of the United States Code, Defendants seek removal of this action to the United States District Court for the Eastern District of Pennsylvania, the judicial district in which the action is pending.

## PROCESS

10. This Notice of Removal is being filed without prejudice to Defendants' objections and defenses to Plaintiffs' purported claims, including but not limited to, filing a motion to compel arbitration of Plaintiffs' alleged claims.

11. Written notice of the removal of this action will be promptly served on all adverse parties, and a copy will be filed with the Clerk of Judicial Records in the Court of Common Pleas of Pennsylvania of Philadelphia County in accordance with the provisions of 28 U.S.C. § 1446(d).

12. Defendants respectfully submit that there is an actual controversy between citizens of different States, and that, based on the allegations in Plaintiffs' Complaint, the amount in controversy exceeds the jurisdictional minimum.

13. Thus, as 28 U.S.C. § 1332(a) confers federal subject matter jurisdiction over this action, removal to this Court is proper pursuant to 28 U.S.C. § 1441.

WHEREFORE, Defendants Samsung Electronics America, Inc., Home Depot U.S.A., Inc. and The Home Depot, Inc. respectfully request this action pending in the Court of Common Pleas of Pennsylvania of Philadelphia County be removed to the United States District Court for the Eastern District of Pennsylvania, together with such other and further relief as this Court may deem just, proper and equitable.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Date: 12/15/25

By  */s/Kristi Buchholz Helfrick*
Kristi Buchholz Helfrick
PA ID No. 92468
Two Commerce Square
2001 Market Street - Suite 3100
Philadelphia, PA 19103
kristi.buchholzhelfrick@wilsonelser.com
*Attorney for Defendants Samsung Electronics America, Inc., Home Depot U.S.A., Inc. and The Home Depot, Inc.*

4